UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-133-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| TIMOTHY LAMONT BYRD | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that Docket Entry Numbers 275 and 276 be sealed. These filings reference sealed court proceedings.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced documents.

Respectfully submitted this 6th day of December, 2022.

        MICHAEL F. EASLEY, JR.
        States Attorney

BY: /s/ Caroline L. Webb
     CAROLINE L. WEBB
     Assistant U.S. Attorney
     Criminal Division
     150 Fayetteville Street, Suite 2100
     Raleigh, NC 27601
     Telephone No. 919-856-4530
     Email: Caroline.Webb@usdoj.gov
     NC State Bar No. 4455

## CERTIFICATE OF SERVICE

This is to certify that I have this 6th day of December, 2022, served a copy of the foregoing Government's Motion to Seal upon the defendant by electronic filing through CM/ECF and email to their attorney:

Robert J. Parrott , Jr.
Parrott Law PLLC
300 Parham St., Ste. A
Raleigh, NC 27601
919-424-0204
Fax: 1-919-375-2057
Email: rjp@parrottlawfirm.com

        MICHAEL F. EASLEY, JR.
        United States Attorney

BY: /s/ Caroline L. Webb
     CAROLINE L. WEBB
     Assistant U.S. Attorney
     Criminal Division
     150 Fayetteville Street, Suite 2100
     Raleigh, NC 27601
     Telephone No. 919-856-4530
     Email: Caroline.Webb@usdoj.gov
     NC State Bar No. 4455