UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-133-BO-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TIMOTHY LAMONT BYRD | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Numbers 275 and 276 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the ___ day of _____, 202__.

------------------------------
Terrence W. Boyle
United States District Judge