| U.S. Department of Justice | Request of United States Attorney for Production of |
|---|---|
| United States Attorney | Federal Prisoner In The Custody of The United States |
| Eastern District of North Carolina | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the Eastern District of North Carolina, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of North Carolina, or any other authorized officer, to produce one Timothy Lamont Byrd (Inmate no. 64758-056).

now confined at the FCI Butner Medium II; Old NC Hwy 75, Butner, NC 27509; Phone: 919-575-8000 Fax: 919-575-8020.

in the custody of the warden or the person there in charge, before the

- [X] United States District Court
- [ ] United States Grand Jury
- [X] For Prosecution
- [ ] For Testimony

at Raleigh, North Carolina
    (city)    (state)

- [ ] forthwith
- [X] at 8:00 am .m., on February TERM, 2023, or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

- [X] United States of America v. Timothy Lamont Byrd
  Ct. No. 5:20-CR-00133-BO
- [ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF UNITED STATES ATTORNEY [1]/

Caroline L. Webb, AUSA
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. *(FTS)*: (919) 856-4530
*(Commercial)*:

Dated this 14th day of December, 2022.

*/s/ Scott Lemmon*
Scott A. Lemmon, AUSA, Deputy Chief, OCDETF
United States Attorney [2]/

---

[1] / This request is invalid without the raised seal of the United States Attorney.

[2] / The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete

FORM USA-475
MAR. 89