# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
TIMOTHY LAMONT BYRD

Case No: 5:20-CR-133-1BO
USM No: 64758-056

Date of Original Judgment: 11/17/2021
Date of Previous Amended Judgment: 02/09/2023
*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Amendment 821 applies to defendant but does not lower his advisory guideline range [D.E. 310]. Thus, the court DENIES defendant's motion for sentence reduction [D.E. 300].

Except as otherwise provided, all provisions of the judgment dated ____________ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/2/26

[signature]
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

James C. Dever III United States District Judge
*Printed name and title*